UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON KINSEY EVERITT,<br><br>Defendant. | 1:25-cr-00197-MC<br><br>INDICTMENT<br><br>18 U.S.C. § 2251(a) and (e)<br>18 U.S.C. § 2422(b)<br><br>Forfeiture Allegations |

THE GRAND JURY CHARGES:

COUNT 1
(Sexual Exploitation of Children)
(18 U.S.C. § 2251(a) and (e))

On or about September 2, 2023, in the District of Oregon, defendant **AARON KINSEY EVERITT**, used, employed, persuaded, induced and coerced a minor, Minor Victim 1 (MV1), to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; that the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

**Indictment** Page 1

## COUNT 2
## (Coercion and Enticement of a Minor)
## (18 U.S.C. § 2422(b))

On or about September 2, 2023, in the District of Oregon, defendant **AARON KINSEY EVERITT**, did use any facility of interstate and foreign commerce, that is a computer connected to the internet, to knowingly persuade, induce, entice and coerce an individual, MV1, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 3
## (Sexual Exploitation of Children)
## (18 U.S.C. § 2251(a) and (e))

On or about December 29, 2022, in the District of Oregon, defendant **AARON KINSEY EVERITT**, used, employed, persuaded, induced and coerced a minor, Minor Victim 2 (MV2), to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; that the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

/ / /

/ / /

## COUNT 4
### (Coercion and Enticement of a Minor)
### (18 U.S.C. § 2422(b))

On or about December 29, 2022, in the District of Oregon, defendant **AARON KINSEY EVERITT**, did use any facility of interstate and foreign commerce, that is a computer connected to the internet, to knowingly persuade, induce, entice and coerce an individual, MV2, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 5
### (Sexual Exploitation of Children)
### (18 U.S.C. § 2251(a) and (e))

On or about February 9, 2024, in the District of Oregon, defendant **AARON KINSEY EVERITT**, used, employed, persuaded, induced and coerced a minor, Minor Victim 3 (MV3), to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce; that the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce; and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

/ / /

/ / /

## COUNT 6
## (Coercion and Enticement of a Minor)
## (18 U.S.C. § 2422(b))

On or about February 9, 2024, in the District of Oregon, defendant **AARON KINSEY EVERITT**, did use any facility of interstate and foreign commerce, that is a computer connected to the internet, to knowingly persuade, induce, entice and coerce an individual, MV3, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## FIRST FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 1, 3, or 5, defendant **AARON KINSEY EVERITT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2254, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

/ / /

/ / /

/ / /

## SECOND FORFEITURE ALLEGATION

Upon conviction of any offense in Counts 2, 4, or 6, defendant **AARON KINSEY EVERITT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: May 8, 2025

A TRUE BILL

/s/ Grand Jury Foreperson
OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

JUDITH R. HARPER
Assistant United States Attorney