WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone: (541) 776-3564
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:25-cr-00197-MC** |
| **v.** | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **AARON KINSEY EVERITT,** | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

Black Apple iPhone 7, model A1660.

Dated: May 15, 2025.

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

s/ *Judith R. Harper*
**JUDITH R. HARPER**
Assistant United States Attorney