Rosalind M. Lee (OSB 055566)
ROSALIND MANSON LEE, LLC.
474 Willamette St., Ste 302.
Eugene, OR 97401
Tel: (541) 485-5110
Fax: (541) 485-5111
Email: ros@mansonlee.com

Of Attorneys for Defendant
AARON KINSEY EVERITT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AARON KINSEY EVERITT,<br><br>Defendant | Case No. 1:25-cr-00197-MC<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE/RESET |

I, Rosalind M. Lee, state and declare under penalty of perjury that:

1. I am an attorney and I represent Aaron Everitt, the defendant herein;
2. Mr. Everitt is accused by indictment of several counts of Sexual Exploitation of Children and Coercion and Enticement of a Minor. [ECF 14].
3. Mr. Everitt is set for arraignment on the indictment on May 19, 2025.
4. The defense has filed a Waiver of Arraignment. [ECF 23]

5. The defense has received initial discovery and has started its investigation.
6. Mr. Everitt is in custody at the Jackson County Jail.
7. I exchanged emails with AUSA Judi Harper, who represents the government in this matter, and the government does not object to this request.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: May 16, 2025

Respectfully Submitted,

ROSALIND MANSON LEE, LLC

/s/ Rosalind M. Lee
Rosalind M. Lee
Of Attorneys for Defendant Aaron Everitt